UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON PIERCE,

    Plaintiff

v.

TONY MARCONATO, et al.,

    Defendants

Case No.: 3:24-cv-00085-MMD-CSD

**Order**

Plaintiff, who was an inmate incarcerated within the Nevada Department of Corrections (NDOC), filed a complaint and application to proceed *in forma pauperis* (IFP).

On April 11, 2024, the court issued an order granting Plaintiff's IFP application, and screened his complaint. The court allowed Plaintiff to proceed with his Fourth Amendment excessive force claim against defendant Detective Marconato. The Reno Police Department and Washoe County, as well as the Sparks Police Department, were dismissed with leave to amend to assert, if appropriate, a municipal liability claim against the City of Reno, City of Sparks and/or Washoe County. Plaintiff was given 30 days to file an amended complaint as to those defendants. (ECF No. 3.)

That order was returned as undeliverable with a notation that Plaintiff is no longer in NDOC custody. (ECF No. 6.)

A party must immediately file with the court written notification of any change of contact information, and failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. LR IA 3-1.

///

Plaintiff has **30 days** from the date of this Order to file updated contact information with the court and to file an amended complaint as to Washoe County/the City of Reno/the City of Sparks. If Plaintiff fails to file updated contact information, it will be recommended that this action be dismissed without prejudice. If Plaintiff files updated contact information, but no amended complaint, this action will proceed against defendant Marconato only.

**IT IS SO ORDERED**.

Dated: June 7, 2024

_____
Craig S. Denney
United States Magistrate Judge