**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON PIERCE,<br><br>                      Plaintiff,<br><br>  v.<br><br>TONY MARCONATO, *et al.*,<br><br>                      Defendants. | 3:24-cv-00085-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 9 |

Before the court is Plaintiff's Motion for Copy of Court Pleadings. (ECF No. 9.) Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course.  However, in this instance, Plaintiff's request shall be granted on a **one-time basis**.  Plaintiff is informed if in the future he wishes to have a copy of court filings, he will have to pay for them in advance. The Clerk's Office charges 10¢ per page to reproduce any document from the court's filing system.

Plaintiff's Motion (ECF No. 9) is <u>**GRANTED**</u> to extent that the Clerk of the Court is directed to send Plaintiff a courtesy copy of the court's Screening Order (ECF No. 3), Plaintiff's complaint (ECF No. 4) and Summons (ECF No. 5).

**IT IS SO ORDERED.**

DATED:  July 9, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1