AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JASON PIERCE,

              Plaintiff,

   v.

TONY MARCONATO, et al.,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:24-cv-00085-MMD-CSD

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address in compliance with this Court's November 24, 2025, order.

__12/10/2025_____
Date

__DEBRA K. KEMPI__
Clerk

__/s/ DLS_____
Deputy Clerk